UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
UNITED STATES OF AMERICA      :    CRIMINAL 09-827(MLC)

          vs.                 :    ORDER APPOINTING FEDERAL
                                        PUBLIC DEFENDER
JAMES FIELDS                  :
```

The financial inability of the defendant to retain counsel having been established by the court, and the defendant not having waived the appointment of counsel, and for good cause shown;  it is on this 19th day of November, 2015,

ORDERED that the Federal Public Defender Organization for the District of New Jersey is hereby appointed to represent said defendant in this cause until further order of this court.

                                    S/Mary L. Cooper
                                    **MARY L. COOPER,**
                                    United States District Judge

cc:  Federal Public Defender